JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Trail, an individual; and Charlie Santo, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00028-MMD-CLB<br><br>**Order Granting Stipulation to Vacate Settlement Conference** |

　　　　Plaintiffs and Defendant notify the Court that they have agreed on a resolution of this matter. It will take several weeks for the parties to implement the resolution.

　　　　Accordingly, the parties respectfully request that the Court (i) vacate the October 30, 2023, settlement conference and (ii) set a date in approximately 60 days by which the parties shall file either (a) stipulation to dismiss this action with prejudice, each party to bear its

own attorneys' fees and costs, or (b) a joint status report concerning the matter.

Respectfully submitted this 26th day of October 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | KIDWELL & GALLAGHER, LTD. |
| */s/ R. Thomas Colonna*<br>R. Thomas Colonna<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* | */s/ Barbara W. Gallagher*<br>Barbara W. Gallagher, Esq.<br>Nevada Bar No. 5315<br>790 Commercial Street<br>Elko, Nevada 89801<br>*Attorney for Plaintiffs* |

Consistent with the above, the October 30, 2023 settlement conference is **VACATED** and the parties shall either file (1) a stipulation to dismiss this action with prejudice, each party to bear its own attorneys' fees and costs, or (2) a joint status report by **Wednesday, December 27, 2023**.

**IT IS SO ORDERED.**
**Dated**: October 26, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**