JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Trail, an individual; and Charlie Santo, an individual,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00028-MMD-CLB<br><br>**Stipulation and Order<br>to Dismiss with Prejudice** |

　　　Plaintiffs and Defendant, through their undersigned attorneys, stipulate to dismiss this case with prejudice, each party to bear its own attorneys' fees and costs.

　　　Respectfully submitted this 9th day of January 2024.

KIDWELL & GALLAGHER, LTD.

/s/ Barbara W. Gallagher
Barbara W. Gallagher, Esq.
Nevada Bar No. 5315
790 Commercial Street
Elko, Nevada 89801
*Attorney for Plaintiffs*

JASON M. FRIERSON
United States Attorney

/s/ R. Thomas Colonna
R. Thomas Colonna
Assistant United States Attorney
*Attorneys for Defendant United States*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 9, 2024